DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RADA BARISIC,

Appellant,

v.

BETH FROST,

Appellee.

No. 2D23-943

_____

January 3, 2024

Appeal from the Circuit Court for Pinellas County; Della Cope, Acting
Circuit Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for
Appellant.

Zachariah Wade of Russo Pelletier & Sullivan, P.A., St. Petersburg, for
Appellee.


PER CURIAM.

　　Affirmed.

KELLY, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.